# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2009

137486(25)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GREGORY LEWIS HOLDER,
      Defendant-Appellant.

SC: 137486
COA: 286100
Genesee CC: 06-018371-FC

_____

      On order of the Chief Justice, the motion by the Department of Corrections for extension to March 27, 2009 of the time for filing the brief requested by the Court is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2009

_____
Clerk